**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

DAHON INTERNATIONAL, INC.    x    Court No. 26-3425
                                                     :
      Plaintiff,                              :
                                                     :
      v.                                         :    **COMPLAINT**
                                                     :
UNITED STATES OF AMERICA,       :
                                                     :
      Defendant.                            :
_____    x

Plaintiff, Dahon International, Inc. (Plaintiff), by its attorneys, Stein Shostak Shostak Pollack & O'Hara, LLP, complains of the United States of America (Defendant), and alleges as follows:

## JURISDICTION

1.    This Court's jurisdiction arises under 28 U.S.C. §1581(a), and this action is filed within the time limits prescribed by 28 U.S.C. §2636(a)(1).

2.    On June 19, 2026, through its attorneys, Plaintiff timely filed Protest No. 2704-26-178224 at the Port of Los Angeles, California, contesting the decision by U.S. Customs and Border Protection (CBP) to exclude 116 e-bicycles, 170 folding bicycles, and advertising materials imported under Entry No. D9A-00087268 from admission.

3.    On July 20, 2026 CBP denied the protest by operation of law.

4.    On July 29, 2026, Plaintiff filed the instant summons.

5. Because the merchandise was excluded from entry, no duties and taxes are due or paid.

6. The Court's jurisdiction over all or part of the subject matter of this action is based upon Plaintiff's challenge to CBP's exclusion decision and decision to deny the protest challenging the exclusion decision.

## PARTIES

7. Plaintiff is a California corporation with its principal place of business located in Rancho Cucamonga, California, and is the consignee and importer of the subject merchandise.

8. Defendant, United States, is the proper party for decisions taken by CBP, a constituent agency of the U.S. Department of Homeland Security.

## STANDING

9. Plaintiff is the real party in interest and on this basis has standing to bring this action.

10. Plaintiff's claims are within the "zone of interests" of the underlying statute, 19 U.S.C. §1514(a), which provides for judicial review of the exclusions of merchandise from entry by CBP.

## FACTUAL BACKGROUND

11.  On May 25, 2026, Plaintiff entered Entry No. D9A-0008726-8 containing electronic and folding bicycles and advertising materials for consumption.

12.  Subsequent to filing the entry on May 25, 2026, Defendant requested that Plaintiff upload specific documentation, presumably, to establish Plaintiff's right to make entry. On May 26, 2026 Plaintiff provided those documents including: the commercial invoice, packing list, shipping documents including the bill of lading naming Plaintiff as the consignee, a letter explaining Plaintiff's business relationship with its related Chinese company, business and tax filings with the State of California, and other pertinent documents.

13.  On May 28, 2026, Customs excluded the merchandise asserting that the importer  does not have the right to make entry.

## COUNT 1

14.  Plaintiff repeats and incorporates paragraphs 1 through 13 by reference as though fully set forth herein.

15.  Pursuant to 19 U.S.C. §1484, a purchaser or owner and consignee of goods has the right to make entry. The documents presented to Customs demonstrate that Dahon is the purchaser and consignee of the imported bicycles and advertising materials.

3

16.    As a matter of law, Dahon has the right to make entry to import the excluded bicycles and advertising materials.

17.    Customs' decision to exclude the bicycles is contrary to law.

### **PRAYER FOR RELIEF**

18.    WHEREFORE, Plaintiff respectfully requests that this Court:

(a)    Enter judgment in its favor; and order the government to immediately admit and release Entry No. D9A-00087268; and

(c)    Award costs, attorneys' fees and other such relief as the court deems equitable and just.

Dated: July 29, 2026                    Respectfully submitted,

By:    /s/ ELON A. POLLACK
       Elon A. Pollack, Esq.
       Stein Shostak Shostak Pollack & O'Hara
       Attorneys for Plaintiff
       445 South Figueroa Street, Suite 2388
       Los Angeles, California 90071
       Telephone: (213) 630-8888
       Fax: (213) 630-8890
       E-Mail: elon@steinshostak.com